IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:25-CR-160 |
| | ) | |
| | ) | Count One: Carjacking |
| v. | ) | 18 U.S.C.§§ 2 & 2119(1) |
| | ) | |
| | ) | Count Two: Using, Carrying, and |
| DAVANTE AANDRELL JEFFERSON, | ) | Brandishing a Firearm During and in |
| | ) | Relation to a Crime of Violence |
| Defendant. | ) | 18 U.S.C. §§ 2 & 924(c)(1)(A)(ii) |
| | ) | |
| | ) | Count Three: Attempted Bank Robbery |
| | ) | 18 U.S.C. §§ 2 & 2113(a) |
| | ) | |
| | ) | **Forfeiture Notice** |

**INDICTMENT**

**December 2025 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Carjacking)*

On or about September 13, 2025, in the Eastern District of Virginia, the defendant, DEVANTE AANDRELL JEFFERSON, took a motor vehicle, to wit: a 2005 Honda Civic bearing a Vehicle Identification Number ending in 016581 and a Virginia license plate ending in 3953, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of H.L., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, and did aid, abet, counsel, command, induce, and cause another to commit said offense.

(In violation of Title 18, United States Code, Sections 2 and 2119(1).)

## COUNT TWO

*(Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)*

On or about September 13, 2025, in the Eastern District of Virginia, the defendant, DEVANTE AANDRELL JEFFERSON, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, Section 2119(1), as set forth and charged in Count One of this Indictment, and did aid, abet, counsel, command, induce, and cause another to commit said offense.

(In violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(ii).)

## COUNT THREE
*(Attempted Bank Robbery)*

On or about September 13, 2025, in the Eastern District of Virginia, the defendant, DEVANTE AANDRELL JEFFERSON, did attempt to take from the person and presence of another, by force, violence, and intimidation, U.S. currency, money belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank branch located at 7202 Midlothian Turnpike in North Chesterfield, Virginia, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and did aid, abet, counsel, command, induce, and cause another to commit said offense.

(In violation of Title 18, United States Code, Sections 2 and 2113(a).)

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant is hereby notified that if convicted of

the charge in Count One of the Indictment, the defendant shall forfeit to the United States any

property, real or personal, which constitutes or is derived from proceeds of the offense charged in

that count.

The defendant is further notified that upon conviction of any of the offenses alleged in this

Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation

of the offense, or any violation of any other criminal law of the United States.

(In accordance with Title 18, United States Code, Section 924(d); Title 18, United States Code,
Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).)

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

LINDSEY HALLIGAN
UNITED STATES ATTORNEY & SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By:    _Katherine E. Groover_

Stephen E. Anthony
Assistant United States Attorney

Katherine E. Groover
Special Assistant United States Attorney

3