GRAND JURY RETURNS - RICHMOND DIVISION

Date 12/2/25   Judge Colombell, USMJ   Counsel for Govt Katherine Groover
Grand Jury Panel # 25-1   Grand Jury Foreperson ( x )   Court Reporter Elaine LaRosee

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____
5. US v _____

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v Flores De Dios
2. US v Tucker
3. US v Jefferson
4. US v _____
5. US v _____

On motion of the Government, SUMMONS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v _____
2. US v _____
3. US v _____

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v _____
2. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v _____
2. US v _____

Began: 3:52   Ended: 3:57   Time in Court: 5 minutes