UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | Criminal No. 3:25-cr-00160-DJN |
|---|---|---|
| v. | ) | |
| DAVANTE AANDRELL JEFFERSON, | ) | |
| *Defendant*. | ) | |

**GOVERNMENT'S EXHIBIT LIST**

| Gov. No. | DESCRIPTION OF EXHIBITS |
|---|---|
| 1. | Photographic stills of the defendant |
| 2. | Sentencing Order for the defendant for the City of Richmond, Circuit Court, dated 10/17/2025 and entered 11/13/2025 |
| 3. | Transcript of Arraignment and Detention Hearing before the Honorable Summer L. Speight, United States Magistrate Court Judge, United States v. Davante Andrell Jefferson (3:25cr160), on 12/22/2025 |

Respectfully submitted,

~~LINDSEY HALLIGAN~~   (Struck per Memorandum Order entered 1/20/26 ECF 23)
~~United States Attorney & Special United States Attorney~~

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

By:  _____/s/_____
Katherine Groover
Virginia Bar No. 89213
Counsel for the United States
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: Katherine.Groover@usdoj.gov