IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVANTE AANDRELL JEFFERSON,<br><br>*Defendant.* | Criminal No. 3:25-CR-160 |

## STATEMENT OF FACTS

The United States and the defendant, DAVANTE AANDRELL JEFFERSON (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about September 13, 2025, in the Eastern District of Virginia, the defendant, DEVANTE AANDRELL JEFFERSON, took a motor vehicle, to wit: a 2005 Honda Civic bearing a Vehicle Identification Number ending in 016581 and a Virginia license plate ending in 3953, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of H.L., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, and did aid, abet, counsel, command, induce, and cause another to commit said offense, in violation of Title 18, United States Code, Sections 2 and 2119(1).

2. On or about September 13, 2025, in the Eastern District of Virginia, the defendant, DEVANTE AANDRELL JEFFERSON, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119(1), as set forth and charged in Count One of the Indictment, and did aid, abet, counsel, command, induce, and

1

cause another to commit said offense, in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(ii).

3. At around 5:00 a.m. on September 13, 2025, H.L. went outside to warm up his vehicle before travelling to work. While at the vehicle, which was parked outside of an apartment in the Southwood Apartments Complex in the 1400 block of Clarkson Road in Richmond, Virginia, two men approached him from behind. The taller of the males pointed a black, semi-automatic firearm at H.L., while the shorter of the males, the defendant, demanded, "money, money," and took items from H.L.'s pockets.

4. The defendant took two phones from H.L. and his wallet. The defendant returned the phones to H.L. Inside of the wallet was H.L.'s Wells Fargo debit card. The males asked H.L. for his ATM Personal Identification Number ("PIN"), which H.L. wrote in the condensation on his car's window because he does not speak fluent English. The taller male then forced H.L. into the backseat of his vehicle, while handing the defendant the firearm. The taller male sat in the driver's seat of H.L.'s vehicle, while the defendant held H.L. at gunpoint in the backseat. The taller male drove them to the Wells Fargo Bank branch located at 7202 Midlothian Turnpike in North Chesterfield, Virginia. Once at the bank, the taller male pulled into the drive-through, next to the bank ATM. The defendant attempted to withdraw money from the ATM using H.L.'s PIN, which did not work. The defendant demanded that H.L. exit the vehicle and try to withdraw money. When H.L. exited the vehicle, H.L. took off running toward a nearby Starbucks. The defendant and his accomplice chased after H.L. but drove off in H.L.'s vehicle when they saw him speaking to someone at Starbucks.

5. On September 15, 2025, Richmond Police obtained a copy of the surveillance footage captured by the Wells Fargo ATM. From that footage, detectives identified the defendant as the suspect who was in the back seat with H.L. and the suspect who had attempted to make the cash withdrawal.

6. The defendant was quickly recognized by detectives who are familiar with him from a larger investigation involving the defendant's gang, FMLL.

7. On September 30, 2025, the defendant was arrested related to this offense and was advised of his *Miranda* rights. During an interview with Detective Myers, the defendant admitted that he participated in the carjacking of H.L.

8. A laboratory report produced by the FBI Laboratory that analyzed swabs from the inside of the stolen vehicle and the defendant's buccal swab confirmed the defendant's DNA contributed to a DNA profile located in various parts of the inside of the vehicle, including the interior driver's side door handle (2.4 million likelihood ratio),, the gear shift (270 million likelihood ratio),, and the steering wheel (72 trillion likelihood ratio).. These likelihood ratios represent "very strong inclusion" for the defendant being a contributor to the DNA profile collected from these locations in the stolen vehicle.

9. Each reference in the recitation above to a "firearm" is a reference to a "firearm" as that term is defined in 18 U.S.C. § 921(a)(3).

10. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

11. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____
Stephen Anthony
Assistant United States Attorney

Katherine E. Groover
Special Assistant United States Attorney

Date:   Click to enter a date.


After consulting with my attorney, and pursuant to the plea agreement entered into this day between myself and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DAVANTE AANDRELL JEFFERSON
Defendant


I am Lawrence Woodward, counsel for Davante Aandrell Jefferson.  I have carefully reviewed the above Statement of Facts with him.   To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Lawrence Woodward, Esq.
Attorney for Davante Aandrell Jefferson

4