IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:25-CR-160 |
| DAVANTE AANDRELL JEFFERSON, | |
| *Defendant.* | |

## AGREED MOTION TO CONTINUE SENTENCING

The United States and the defendant, by and through its undersigned counsel, moves this Court to continue the sentencing hearing in this matter to **August 18, 2026, in the afternoon**, to accommodate the schedules of the parties and the Court. In support of this motion, the parties state the following:

1. On or about December 2, 2025, the defendant was charged in a three-count indictment with carjacking, brandishing a firearm during and in relation to a crime of violence (carjacking), and attempted bank robbery.

2. On February 19, 2026, the defendant pled guilty to carjacking and brandishing a firearm during and in relation to a crime of violence. The Court scheduled sentencing for July 16, 2026.

3. Since then, the parties have developed scheduling conflicts with the sentencing date and the Court's schedule.

4. Accordingly, the United States requests that the Court reschedule the defendant's sentencing date to a date later than July 16, 2026. The parties agree that a continuance is necessary and proper in this case.

5.      In consultation with the defendant's counsel and the Court, the parties request that the defendant's sentencing be rescheduled to **August 18, 2026, in the afternoon**.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: ___/s/_____
Stephen Anthony
Assistant United States Attorney

Katherine E. Groover
Special Assistant United States Attorney

Date:   June 4, 2026

2